**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01085-CV

## MOMENTIS U.S. CORPORATION, ET AL., Appellants

## V.

## PERISSOS HOLDINGS, INC. ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03025-M**

## ORDER

The Court has before it appellants' August 21, 2013 emergency motion to stay and appellees' August 21, 2013 response to that motion. The Court **GRANTS** the motion and **STAYS** all proceedings in the trial court. This stay shall remain in effect until further order of this Court.

/s/ ELIZABETH LANG-MIERS
   JUSTICE